NO. 14-04122-211

IN THE MATTER OF §
THE MARRIAGE OF §
§
SUNEETHA N. MALLELA §
AND §
HARI KRISHNA MALLELA §
§
AND IN THE INTEREST OF §
A.P.M. AND A.S.M., CHILDREN §

DENTON COUNTY, TEXAS
FILED
2015 SEP 16 PM 3: 28
SHERRI ADELSTEIN
DISTRICT CLERK
BY _____ DEPUTY

IN THE DISTRICT COURT OF APPEALS
FORT WORTH, TEXAS
12/15/2015 8:48:28 AM
DEBRA SPISAK
Clerk

IN THE DISTRICT COURT OF

211th JUDICIAL DISTRICT

DENTON COUNTY, TEXAS

## ENFORCEMENT ORDER

On August 17, 2015, the Court heard the Motion for Enforcement and Clarification.

*Appearances*

Petitioner, Hari Mallela appeared in person and through attorneys of record, R. Keith Walker and Sajeel S. Khaleel, and announced ready.

Respondent, Suneetha Mallela appeared in person and through attorney of record, Chad D. Elsey and announced ready.

*Jurisdiction*

The Court, after examining the record and hearing the evidence and argument of counsel, finds that all necessary prerequisites of the law have been legally satisfied and that the Court has jurisdiction of this case and of all the parties.

*Record*

The record of testimony was duly reported by the court reporter for the 442nd District Court, Denton County, Texas.

*Enforcement Findings*

The Court finds that Respondent is guilty of separate violations of the Final Decree of Divorce entered on April 10, 2015 in Cause No. 14-04122-211, styled "In the Matter of the Marriage of Suneetha N. Mallela and Hari Krishna Mallela and In the Interest of A.P.M., and A.S.M.,

Enforcement Order - *Mallela*                                                                                    Page 1

Children" in the 442nd District Court of Denton County, the Court signed an order that appears in the minutes of the Court recorded in Denton County, Texas. The Court further finds that the Respondent is guilty of contempt for the following violations plead by the Petitioner: 1, 2, 3, 4, 5, 6, 7. The Court finds that the Respondent is guilty of the following violations plead by the Petitioner: 9, 10, and 11.

## Violation No. 1:

The Court finds that the Respondent failed to take all necessary steps to remove Suneetha Mallela's legal association with Siritech, LLC, including preparing or causing to be prepared all documents necessary to terminate Suneetha Mallela's legal relationship with Siritech, LLC within 30 days of the entry of the Final Decree of Divorce.

The Court finds Respondent is guilty of contempt for Violation No. 1.

The terms of the Final Decree of Divorce entered on April 10, 2015 of which Respondent is guilty of contempt for Violation No. 1 is as follows:

## "Property to Husband

IT IS ORDERED AND DECREED that the husband, Hari Krishna Mallela, is awarded the following as his sole and separate property, and the wife is divested of all right, title, interest, and claim in and to that property:

....

H-16. The Limited Liability Company known as Siritech, LLC, including but not limited to all furniture, fixtures, machinery, equipment, inventory, cash, receivables, accounts, goods, and supplies; all personal property used in connection with the operation of the business; and all rights and privileges, past, present, or future, arising out of or in connection with the operation of the business.

Husband is ORDERED to take all necessary steps to remove Wife's legal associating with Siritech, LLC, including preparing or causing to be prepared all documents necessary to terminate Wife's legal relationship with Siritech, LLC within 30 days of the entry of this Final Decree of Divorce."

<u>Order on Violation No. 1:</u>

Respondent, Hari Krishna Mallela IS ORDERED to prepare and produce all documents necessary to remove and terminate Suneetha Mallela's association with Siritech, LLC and Hari Krishna Mallela IS ORDERED to deliver those documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

<u>Violation No. 2:</u>

The Court finds that Respondent, Hari Krishna Mallela, has failed to take all necessary steps to transfer the ownership interest in the Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal into Wife's name within 60 days of the entry of the Final Decree of Divorce on the property.

The Court finds Respondent is guilty of contempt for Violation No. 2.

The terms of the Final Decree of Divorce entered on April 10, 2015 of which Respondent is guilty of contempt for Violation No. 2, Violation No. 3, Violation No. 4 and Violation No. 5 is as follows:

**"Property to Wife**

IT IS ORDERED AND DECREED that the wife, Suneetha N. Mallela, is awarded the following as her sole and separate property, and the husband is divested of all right, title, interest, and claim in and to that property:

W-1.   The following real property, including but not limited to any escrow funds, prepaid insurance, utility deposits, keys, house plans, home security access and code, garage door opener, warranties and service contracts, and title and closing documents:

Chintallapudi Village, Chintallapudi Mandal W G District AP India. 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal.

Husband is ORDERED to take all steps necessary to transfer the ownership interest in this property into Wife's name within 60 days of the entry of the final decree of divorce. Husband is ORDERED to deliver all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to Wife. Though the property is presently titled in the name of Sairam Prasad Maddipati, husband has represented to the Wife that he has authority to transfer the property to Wife. Husband shall bear 100% of all expenses

related to the transfer of this property.

W-2. The following real property, including but not limited to any escrow funds, prepaid insurance, utility deposits, keys, house plans, home security access and code, garage door opener, warranties and service contracts, and title and closing documents:

.5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India.

Husband is ORDERED to take all steps necessary to transfer the ownership interest in this property into Wife's name within 60 days of the entry of the final decree of divorce. Husband is ORDERED to deliver all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to Wife. Husband shall bear 100% of all expenses related to the transfer of this property."

### Order on Violation No. 2:

Respondent, Hari Krishna Mallela IS ORDERED to prepare and produce all documents necessary to transfer the ownership interest to Suneetha Mallela in Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal to Elsey & Elscy, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

### Violation No. 3:

The Court finds that Respondent, Hari Krishna Mallela, has failed to deliver all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to wife on the property located at Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal.

The Court finds Respondent is guilty of contempt for Violation No. 3.

### Order on Violation No. 3:

Respondent, Hari Krishna Mallela IS ORDERED to deliver all documents reasonably related to Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural

land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal, including the Pass Book, Original Property Documents and Link Documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

**Violation No. 4:**

The Court finds that Respondent, Hari Krishna Mallela, has failed to take all necessary steps to transfer the ownership interest in this property to Wife's name within 60 days of the entry of the Final Decree of Divorce on the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India.

The Court finds Respondent is guilty of contempt for Violation No. 4.

### Order on Violation No. 4:

Respondent, Hari Krishna Mallela IS ORDERED to prepare, produce and deliver all documents necessary to transfer the ownership interest to Suneetha Mallela to the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

**Violation No. 5:**

Respondent, Hari Krishna Mallela, has failed to deliver all documents reasonably related to the property (including the pass book, original property document, and link document) along with the survey number to wife on the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India.

The Court finds Respondent is guilty of contempt for Violation No. 5.

### Order on Violation No. 5:

Respondent, Hari Krishna Mallela IS ORDERED to deliver all documents reasonably related to .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra

Pradesh India, including the Pass Book, Original Property Documents and Link Documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

<u>Violation No. 6:</u>

The Court finds that Respondent, Hari Krishna Mallela, failed to cause the payment of the 50% of the approximate $33,000.00 ($16,500.00) to Suneetha N. Mallela within thirty (30) days of the entry of the Final Decree of Divorce, which was entered on April 10, 2015. The Court finds that the funds were due to Suneetha N. Mallela on or before May 10, 2015 and were not paid.

The Court finds Respondent is guilty of contempt for Violation No. 6.

The terms of the Final Decree of Divorce entered on April 10, 2015 of which Respondent is guilty of contempt for Violation No. 6 is as follows:

**"<u>Property to Wife</u>**

**IT IS ORDERED AND DECREED that the wife, Suneetha N. Mallela, is awarded the following as her sole and separate property, and the husband is divested of all right, title, interest, and claim in and to that property:**

**...**

**W-3. 50% of the approximately $33,000.00 in cash funds being held by Mallela Venkateswara Rao on behalf of Husband.**

**The Court finds that these funds are in existence at the time of the entry of this order and therefore Husband is ORDERED to cause the payment of these funds to Wife in U.S. dollars, within 30 days of the entry of this Final Decree of Divorce.**

**<u>Order on Violation No. 6:</u>**

IT IS ORDERED that the Petitioner is awarded $16,500.00 out of the proceeds existing the registry of the Court for Violation No. 6.

<u>Violation No. 7:</u>

The Court finds that Respondent, Hari Krishna Mallela, failed to deliver the funds totaling $39,413.00 to Movant, Suneetha N. Mallela, within ten (10) days of the entry of the Final Decree of

Divorce, which was entered on April 10, 2015. The Court finds that the funds were due to Suneetha N. Mallela on or before April 20, 2015 and were not delivered.

The Court finds Respondent is guilty of contempt for Violation No. 7.

The terms of the Final Decree of Divorce entered on April 10, 2015 of which Respondent is guilty of contempt for Violation No. 7 is as follows:

"<u>Property to Wife</u>

IT IS ORDERED AND DECREED that the wife, Suneetha N. Mallela, is awarded the following as her sole and separate property, and the husband is divested of all right, title, interest, and claim in and to that property:

...

W-14. $39,413 payable by Hari Krishna Mallela to Suneetha N. Mallela in U.S. dollars within ten (10) days of the date of divorce. Hari Krishna Mallela is THEREFORE ORDERED to pay by cashier's check to Suneetha N. Mallela the amount of $39,413 within ten (10) days of the date of divorce. The Court finds that these funds are in existence at the time of entry of this order and therefore this provision is enforceable by contempt."

<u>Order on Violation No. 7:</u>

IT IS ORDERED that the Petitioner is awarded $39,413.00 out of the proceeds existing the registry of the Court for Violation No. 7.

<u>Violation No. 8:</u>

The Court denies Violation No. 8.

<u>Violation No. 9:</u>

The Court finds that Respondent, Hari Krishna Mallela, failed to pay $5,000.00 by cashier's check or other certified funds to Chad D. Elsey, Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas within ten (10) days of the entry of the Final Decree of Divorce, which was entered on April 10, 2015. The payment of $5,000.00 to Chad D. Elsey was due and owing on or before April 20, 2015 and not paid.

The Court finds Respondent is guilty of Violation No. 9.

The terms of the Final Decree of Divorce entered on April 10, 2015 of which Respondent is guilty of for Violation No. 9 is as follows:

"**Attorney's Fees**

The court finds that Suneetha N. Mallela has incurred attorney's fees necessary to protect the best interests of the subject children. To effect an equitable division of the estate of the parties and as a part of the division, and for services rendered in connection with conservatorship and support of the children, Hari Krishna Mallela IS ORDERED to pay $5,000.00 by cashier's check or other certified funds to Chad D. Elsey, Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas within ten (10) days of the entry of the final decree of divorce. The attorney's fees judgment of $5,000.00, for which let execution issue, is awarded against Hari Krishna Mallela. Chad D. Elsey may enforce this judgment for fees, expenses and costs in his own name by name means available for the enforcement of a judgment for a debt. IT IS FURTHER ORDERED AND DECREED that the award shall be interest at 8% per year compounded annually from the date of the judgment, for which let execution issue."

### Order on Violation No. 9:

IT IS ORDERED that the Petitioner is awarded $5,000.00 in principle and $117.25 in interest out of the proceeds existing the registry of the Court for Violation No. 9.

### Violation No. 10:

The Court finds that Respondent failed to timely pay 50% of the 2014 property tax directly to the taxing authority on the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022. The Court finds that the 2014 property tax payment was due to the taxing authority on or before January 31, 2015. The Court finds that the 2014 property tax for the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022 was $5,713.87 and was paid in full by Suneetha N. Mallela.

The Court finds Respondent is guilty of Violation No. 10.

The terms of the Final Decree of Divorce entered on April 10, 2015 of which Respondent is guilty of for Violation No. 10, Violation No. 11 and Violation No. 12 is as follows:

"**Provisions Dealing with Sale of Residence**

IT IS FURTHER ORDERED AND DECREED that the property and all

improvements located thereon at lot 31, Block G of Villages of Northshore Phase 1A, an Addition to the Town of Flower Mound, Denton County Texas, according to the Plat thereof recorded in Cabinet K, Slide 374, Plat Records of Denton County, Texas and more commonly known as 1701 Meadow Vista Drive, Flower Mound, Texas 75022, shall be sold under the following terms and conditions:

1.      The parties shall list the property with Matthew Nijo, Everest Realty, 1710 Lakeland Park Dr., Garland, Texas 75043 and it shall remain listed until sold. If the parties agree, another agent may be substituted for Mathew Nijo. In the absence of agreement, Mathew Nijo shall continually list the property. Suneetha N. Mallela is ORDERED to sign the listing agreement within thirty-six (36) hours of receipt of the same. Hari Krishna Mallela is ORDERED to sign the listing agreement within thirty-six (36) hours of receipt of the same

2.      The property shall be sold for a price that is mutually agreeable to Petitioner and Respondent. If Petitioner and Respondent are unable to agree on a sales price, Mathew Nijo or the listing agent shall determine the sales price at fair market value.

3.      Petitioner shall continue to make all payments on the mortgage, line of credit, and insurance on the property during the pendency of the sale, and Petitioner shall have the exclusive right to enjoy the use and possession of the premises until closing. All maintenance necessary to keep the property in its present condition shall be paid by Petitioner. The parties shall equally share in the 2014 property taxes owed on the property, and each party IS ORDERED to timely pay 50% of the 2014 property tax directly to the taxing authority. The parties shall equally share in the 2014 and 2015 homeowners association dues owed on the property, and each party IS ORDERED to timely pay 50% of the 2014 and 2015 homeowner's association dues directly to the homeowner's association. The parties shall share equally in the cost of necessary repairs, as advised by the listing agent. The party paying any necessary repair, shall receive reimbursement at the time of the sale for all repairs paid by her. Necessary repairs presently include, but are not limited to: painting (interior and exterior), landscaping, and carpet.

4.      The net sales proceeds (defined as the gross sales price less cost of sale and full payment of any mortgage indebtedness, liens or lines of credit on the property) shall be distributed as follows:

   a.      The reimbursement of the necessary repairs made on the property in the amount paid by a particular party and reimbursed to the paying party;
   b.      Should either party fail to timely pay their respective portion of the HOA dues or property tax, the reimbursement of any property tax or HOA dues to the paying party.
   c.      Wife shall receive reimbursement for 100% of all principle reductions on the property from payments made by Wife after October 16, 2014 until the sale is consummated;
   d.      Wife shall receive reimbursement for all interest paid after October 16, 2014 on the outstanding line of credit secured by the residence;
   e.      The sum of $35,000.00 is paid to Wife;
   f.      The sum of $10,000.00 is paid to Husband; and

g.	Any remaining funds shall be split 50/50 between Wife and Husband.

**Order on Violation No. 10:**

IT IS ORDERED that the Petitioner is awarded $2,856.94 out of the proceeds existing the registry of the Court for Violation No. 10.

**Violation No. 11:**

The Court finds that Respondent failed to timely pay 50% of the 2014 and 2015 homeowner's association dues on the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022. The Court finds that the dues were ordered to be paid directly to the homeowner's association. The Court finds that the 2014 homeowner's association dues in the amount of $465.00 were due to the on or before January 1, 2014 and the 2015 homeowner's associate dues in the amount of $465.00 were due on or before January 1, 2015. The Court finds that the 2014 and 2015 homeowner's association dues for the property located at 1701 Meadow Vista Drive, Flower Mound, Texas 75022 were $930.00 and were paid in full by Suneetha N. Mallela.

The Court finds Respondent is guilty of Violation No. 11.

**Order on Violation No. 11:**

IT IS ORDERED that the Petitioner is awarded $465.00 out of the proceeds existing the registry of the Court for Violation No. 11.

*Criminal Contempt*

IT IS ORDERED that punishment for each of the following separate violations: Violation 1, Violation 2, Violation 3, Violation 4, Violation 5, Violation 6, and Violation 7 is confinement in the county jail of Denton County, Texas, for a period of thirty (30) days.

IT IS THEREFORE ORDERED that Respondent is committed to the county jail of Denton County, Texas, for a period of thirty (30) days for each separate violation enumerated above.

IT IS ORDERED that each period of confinement assessed in this order shall run and be satisfied concurrently not to exceed a cumulative total of thirty (30) days.

*Suspension and Probation of Commitment*

IT IS FURTHER ORDERED that commitment is suspended and probated for a period of six (6) months on the following terms and conditions:

1.      HARI KRISHNA MALLELA IS ORDERED to comply which each and every term of the Final Decree of Divorce entered in this matter on April 10, 2015.

2.      HARI KRISHNA MALLELA IS ORDERED to prepare and produce all documents necessary to remove and terminate Suneetha Mallela's association with Siritech, LLC and Hari Krishna Mallela IS ORDERED to deliver those documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015

3.      HARI KRISHNA MALLELA IS ORDERED to prepare and produce all documents necessary to transfer the ownership interest to Suneetha Mallela in Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

4.      HARI KRISHNA MALLELA IS ORDERED to deliver all documents reasonably related to Chintallapudi Village, Chintallapudi Mandal W G District AP India, 2 acres agricultural land, located in village Balavarigudem-Kanipadi Chintilapudi Mandal, including the Pass Book, Original Property Documents and Link Documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

5.      HARI KRISHNA MALLELA IS ORDERED to prepare, produce and deliver all documents necessary to transfer the ownership interest to Suneetha Mallela to the property located at .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh

India to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

6.      HARI KRISHNA MALLELA IS ORDERED to deliver all documents reasonably related to .5 Acres Survey No. 282/2 Ganguru Village, Kankipadu Mandal, Krishna Dis Andhra Pradesh India, including the Pass Book, Original Property Documents and Link Documents to Elsey & Elsey, 3212 Long Prairie Rd., Suite 200, Flower Mound, Texas on or before 5:00 p.m., September 17, 2015.

## Attorney's Fees

The Court finds that Petitioner, Suneetha Mallela incurred reasonable and necessary attorney's fees in this enforcement in the amount of $8,756.90.

IT IS ORDERED that the Petitioner is awarded $8,756.90 out of the proceeds existing the registry of the Court to satisfy the outstanding judgment for attorney's fees incurred herein.

## Clarification and Enforcement of Sales Proceeds

In the Final Decree of Divorce, the Court ordered that the net proceeds from the sale would be apportioned as follows:

"The net sales proceeds (defined as the gross sales price less cost of sale and full payment of any mortgage indebtedness, liens or lines of credit on the property) shall be distributed as follows:

a.      The reimbursement of the necessary repairs made on the property in the amount paid by a particular party and reimbursed to the paying party;

b.      Should either party fail to timely pay their respective portion of the HOA dues or property tax, the reimbursement of any property tax or HOA dues to the paying party.

c.      Wife shall receive reimbursement for 100% of all principle reductions on the property from payments made by Wife after October 16, 2014 until the sale is consummated;

d.      Wife shall receive reimbursement for all interest paid after October 16, 2014 on the outstanding line of credit secured by the residence;

e.      The sum of $35,000.00 is paid to Wife;

f.      The sum of $10,000.00 is paid to Husband; and

g.      Any remaining funds shall be split 50/50 between Wife and Husband."

The Court finds that on June 24, 2015, the residence property located at 1701 Meadow Vista Drive, Flower Mound, Texas (the "Property") was sold for a price of $322,500.00.

The Court finds that the net proceeds from the sale of the Property were $211,972.16.

The Court finds that $211,972.16 was deposited into the Court's registry on June 30, 2015.

## Repairs

The Court finds that Petitioner, Suneetha Mallela incurred approved expenses for the repair of the Property totaling $9,791.70. The Court awards Petitioner reimbursement for the repairs in the amount of $9,791.70 from the proceeds held in the Court's registry, and IT IS SO ORDERED.

## Principle Reduction

The Court finds that Petitioner, Suneetha Mallela made payments on the Property which reduced the principle balance of the loan by $9,117.97 after October 16, 2014 through the date of the sale of the Property.

The Court awards Petitioner reimbursement for the principle reduction in the amount of $9,117.97 from the proceeds held in the Court's registry, and IT IS SO ORDERED.

## Interest Paid on Line of Credit

The Court finds that Petitioner, Suneetha Mallela made payments on the Line of Credit related to the Property including interest of $1,166.23 after October 16, 2014 through the date of the sale of the Property.

The Court awards Petitioner reimbursement for the interest paid on the Line of Credit in the amount of $1,166.23 from the proceeds held in the Court's registry, and IT IS SO ORDERED.

## Division of Proceeds Held In Registry

The Court finds that of the $211,972.16 held in the registry of the Court, and in consideration of the monetary awards to Petitioner herein, IT IS ORDERED that the funds held in the registry shall be divided as follows:

1. Petitioner, Suneetha Mallela is awarded $199,892.97.

2. Respondent, Hari Krishna Mallela is awarded $12,080.19.

Therefore, the District Clerk IS ORDERED to immediately release the funds held within the registry of the Court and issue the following checks into the possession of Chad D. Elsey, counsel for the Petitioner:

1. One check made payable to Chad D. Elsey in the amount of $14,926.65.

2. One check made payable to Suneetha Nelakuditi in the amount of $184,965.32.

Therefore, the District Clerk IS ORDERED to immediately release the funds held within the registry of the Court and issue the following checks into the possession of Sajeel S. Khaleel, counsel for the Respondent:

1. One check made payable to Hari Krishna Mallela in the amount of $12,080.19.

*Relief Not Granted*

All relief requested and not expressly granted is denied.

SIGNED on _____*Sept 15, 2015*_____ .

_____
JUDGE PRESIDING

Agreed as to Form Only:

_____
Chad D. Elsey, Attorney for Petitioner
chad@elseylaw.com

_____
Sajeel S. Khaleel, Attorney for Respondent
skhaleel@khaleellaw.com